**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| AMBER COOPER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>TELMATE LLC D/B/A VIAPATH TECHNOLOGIES,<br><br>*Defendant.* | Case No. 1:24-CV-1622 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND APPOINTMENT OF CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Amber Cooper ("Plaintiff"), individually and on behalf of the proposed Settlement Class, respectfully moves for entry of the proposed Order granting preliminary approval of the Settlement. Specifically, Plaintiff requests that the Court: (1) preliminarily approve the Settlement; (2) preliminarily certify the Settlement Class for settlement purposes; (3) approve the Notice Plan and the form and content of the proposed Notices, including the proposed opt-out and objection procedures; (4) approve the claims process; (5) appoint Kevin Laukaitis of Laukaitis Law LLC as Class Counsel pursuant to Rule 23(g); (6) appoint Kroll Settlement Administration LLC as Settlement Administrator; and (7) enter the proposed Preliminary Approval Order, attached as **Exhibit D** to the Settlement Agreement.

This Motion is supported by the accompanying Memorandum of Law, the Settlement Agreement and its exhibits, the Declaration of Kevin Laukaitis, the Declaration of Christie K. Reed

of Kroll Settlement Administration LLC, and the record in this action. Defendant does not oppose this Motion.

Date: August 12, 2026

Respectfully submitted,

*/s/ Lee A. Floyd*

Lee A. Floyd (VSB No. 88459)
**FLOYD LAW PC**
626 E. Broad Street, Suite 300
Richmond, VA 23219
Tel: (804) 529-0000
Fax : (804) 529-0009
lee@floydpc.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (*admitted pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Phone: 215-559-6072
Email: klaukaitis@laukaitislaw.com

*Counsel for Plaintiff and the Proposed Settlement Class*